

# THE ATTORNEY GENERAL
# OF TEXAS

GROVER SELLERS          AUSTIN 11, TEXAS
~~WILL WILSON~~
ATTORNEY GENERAL

Hon. L. D. Griffin
County Attorney
Jim Wells County
Alice, Texas

Dear Sir:                    Opinion No. 0-7358

                             Re:  Time limit in which an inde-
                                  pendent candidate may have his
                                  name placed upon the official
                                  ballot for the general election
                                  where the first primary was de-
                                  clared void.

        Your letters of September 13th and September 19th re-
questing the opinion of this department have been received.
The questions stated therein are as follows:

        "(1)  May a candidate have his name placed
upon the Official Ballot as an independent candi-
date for the office of Sheriff by complying with
the terms of Articles 3159 and 3162 more than
thirty (30) days after the General Primary where
the nomination for said office was declared void
by the District Court and where there was no
second primary conducted for the nomination for
Sheriff?

        "(2)  Should the foregoing be answered in the
affirmative, then is such candidate barred from
having his name placed on the official ballot by
petition, if he has participated as a voter in the
Primary Election that was held void by the District
Court?

        "(3)  Are either of the candidates who partici-
pated in the Primary Election that was declared void,
barred from having their names placed on the official
ballot for independent candidate by reason of the
fact that he was a candidate for the nomination in
the Democratic Primary for the office of sheriff?"

        There was but one primary in Jim Wells County as far
as the Democratic nomination for sheriff was concerned, so it

necessarily follows that the thirty (30) days must be dated from the general primary election day which would require an independent candidate to file his application by the 26th day of August, 1946.

Because we have answered your first question in the negative, there is no need to answer your second and third questions.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/ Jno. C. Knorpp
Assistant

JCK:djm;djm;wc

Approved Oct. 7, 1946
Harris Toler
First Assistant
Attorney General

This opinion considered and approved in limited conference.

Approved: Opinion Committee By bwb Chairman